John W. Keogh, plaintiff in error, v. Robert B. Peck, defendant in error. Gen. No. 34,350.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed January 26, 1931.

McNab, Holmes & Long and Alden, Latham & Young, for plaintiff in error; Hobart P. Young and Allan W. Cook, of counsel. Samuel B. King and Montgomery, Hart, Pritchard & Herriott, for defendant in error; Samuel B. King and Louis E. Hart, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.